

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00868-CV

Clifford Reed **LEONARD**,
Appellant

v.

Prunella **LEONARD**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI16519
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that appellee recover her costs of appeal from appellant.

SIGNED January 30, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice